## PASCHAL *et al. v.* TILLMAN *et al.*

LITTLE, J.  The injunction prayed for in the present case, being man-·· datory in its nature, and its only purpose being to evict the defend- ants from land of which they were in possession and claiming title, there was, under the code of this ·State, no error in sustaining their demurrer to the plaintiffs' petition, which prayed for no remedy except that of injunction.  See *Vaughn* v. *Yawn*, 103 *Ga.* 557, and au-· thorities there cited.

<em>Judgment affirmed.  All the Justices concurring.</em>

Argued April 27,—Decided May 27, 1898.

Equitable petition.  Before Judge Butt.  Muscogee supe- rior court.  November term, 1897.

*C. J. Thornton* and *A. E. Thornton,* for plaintiff.
*Miller & Miller,* for defendant.

---

## LOTT·& COMPANY *v.* STRICKLAND.

LEWIS, J.  There was no error of law committed, in the light of the ex- planation given by the trial judge; and there being some evidence to sustain the finding against the defendants, we will not interfere with the discretion of the court below in refusing to grant a new trial.　　　*Judgment affirmed.  All the Justices concurring.*

Submitted April 30,—Decided May 27, 1898.

Action of trespass.  Before Judge Sweat.  Ware superior court.  November term, 1897.

*John C. McDonald,* for plaintiffs in error.

---

## HOLT *v.* THE STATE.

LITTLE, J.  There was no error in any of the charges complained of, re- quiring the granting of a new trial; and the evidence, though en- tirely circumstantial, was sufficient to warrant the verdict.

<em>Judgment affirmed.  All the Justices concurring.</em>

Argued May 2,—Decided May 28, 1898.

Indictment for simple larceny.  Before Judge Gober.  Ca- toosa superior court.  August term, 1897.

*William E. Mann,* for plaintiff in error.
*Samuel P. Maddox, solicitor-general,* contra.